# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARGEAUX ANN LAIBE ) | CIVIL ACTION NO. 2:19-CV-02764 |
| ) | |
| *Plaintiff,* ) | |
| ) | JUDGE FELDMAN |
| v. ) | |
| ) | MAGISTRATE JUDGE VAN MEERVELD |
| SARDONIC SENTIMENTS, INC. & ) | |
| DESIREE ONTIVEROS ) | DIVISION F |
| ) | |
| *Defendant* ) | |
| ) | |
| ) | |

## **JOINT MOTION TO APPROVE SETTLEMENT AND FOR DISMISSAL**

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Margeaux Ann Laibe, and Defendants, Sardonic Sentiments, Inc. and Desiree Ontiveros ("Defendants") (collectively referred to as the "Parties"), who hereby represent to the Court that they have resolved the claims in this matter in their entirety and respectfully request that the Court approve the Confidential Settlement Agreement and attachments thereto under the Fair Labor Standards Act, which are being submitted to the Court for *in camera* inspection.[1]

The Parties also request that the Court dismiss this lawsuit, each party to bear its own fees and costs except as provided in the Confidential Settlement Agreement, without prejudice to the rights of the Parties to move for summary judgment seeking to enforce the settlement if not consummated. The Parties also request that the Court retain jurisdiction over the Parties and their Confidential Settlement Agreement for purposes of enforcing such agreements should any

---

[1] The Confidential Settlement Agreement is being hand-delivered to Judge Feldman's chambers.

{N3867716.1}

controversy arise about the terms of the agreements or any party's performance of its obligations thereunder.

Finally, the Parties request that, upon the Court's receipt of a joint motion to dismiss to be filed by the Parties no later than 14 days after the disbursement of the balance of the payments as specified in the Confidential Settlement Agreement, the Court enter a final order dismissing with prejudice the claims of Plaintiff according to the terms of the Confidential Settlement Agreement, each party to bear its own fees and costs except as provided in the Confidential Settlement Agreement.

**WHEREFORE**, the Parties respectfully request that this Court grant this joint motion, approving the Confidential Settlement Agreement and dismissing the claims of Plaintiff with prejudice as prayed for herein and set forth in the accompanying proposed Order.

Respectfully submitted,

/s/ *David K. Theard*
David K. Theard (LA # 31987)
Michael A. Foley (LA #35774)
Jones Walker LLP
201 St. Charles Avenue – 50th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8154
Facsimile:  (504) 589-8154
jkogos@joneswalker.com
dtheard@joneswalker.com
***Attorneys for Defendants***

*/s/ Ryan E. Beasley Sr.*
Law Office of Ryan E Beasley Sr., LLC
900 Camp Street
Suite 4C19
New Orleans, Louisiana 70130
Telephone: (504) 330-7972
ryan@rbeasleylaw.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court on this 12th day of August, 2019, to be served on all counsel of record by operation of the Court's electronic filing system.

                                        /s/ *David K. Theard*
                                        David K. Theard