# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARGEAUX ANN LAIBE ) | CIVIL ACTION NO. 2:19-CV-02764 |
| ) | |
| *Plaintiff,* ) | |
| ) | JUDGE FELDMAN |
| v. ) | |
| ) | MAGISTRATE JUDGE VAN MEERVELD |
| SARDONIC SENTIMENTS, INC. & ) | |
| DESIREE ONTIVEROS ) | DIVISION F |
| ) | |
| *Defendant* ) | |
| ) | |
| ) | |

## ORDER

**CONSIDERING THE PARTIES' JOINT MOTION TO APPROVE SETTLEMENT AND FOR CONDITIONAL DISMISSAL,** and after evaluating the Confidential Settlement Agreement between the parties and the attachments thereto, the Court finds the settlement to be fair and reasonable and approves same under the Fair Labor Standards Act. Accordingly,

**IT IS ORDERED** that the Joint Motion to Approve Settlement and for Conditional Dismissal is **GRANTED.** This action is hereby dismissed, each party to bear its own fees and costs except as provided in the Confidential Settlement Agreement, without prejudice to the rights of the Parties to move for summary judgment seeking to enforce the settlement if not consummated. The Court also retains jurisdiction over the Parties and their Confidential Settlement Agreement for purposes of enforcing such agreements should any controversy arise about the terms of the agreements or any party's performance of its obligations thereunder.

{N3867347.1}

**IT IS FURTHER ORDERED** that, upon the Court's receipt of a joint motion to dismiss to be filed by the Parties no later than 60 days after the disbursement of the balance of the payments as specified in the Confidential Settlement Agreement, the Court will enter a final order dismissing with prejudice the claims of all Plaintiffs in this action according to the terms of the Confidential Settlement Agreement, each party to bear its own fees and costs except as provided in the Confidential Settlement Agreement.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

{N3867347.1}