# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARGEAUX ANN LAIBE ) | CIVIL ACTION NO. 2:19-CV-02764 |
| ) | |
| *Plaintiff,* ) | |
| ) | JUDGE FELDMAN |
| v. ) | |
| ) | MAGISTRATE JUDGE VAN MEERVELD |
| SARDONIC SENTIMENTS, INC. & ) | |
| DESIREE ONTIVEROS ) | DIVISION F |
| ) | |
| *Defendant* ) | |
| ) | |
| ) | |

## ORDER

Before the Court is the parties' Joint Motion to File Confidential Settlement Agreement Under Seal. The parties have requested that the Court seal the Confidential Settlement Agreement to be submitted in support of the parties' Joint Motion to Approve Settlement on grounds that the exhibits contain confidential business information and information pertaining to Plaintiffs' earnings and income. Because the parties' have provided a non-confidential description of what is to be sealed, a statement of why sealing is necessary, a citation to governing case law and stated the time period during which the exhibits shall be maintained under seal,

IT IS HEREBY ORDERED that the Joint Motion to File Confidential Exhibits Under Seal is GRANTED.

NEW ORLEANS, LOUISIANA, this  20th  day of   August  , 2019.

_____
UNITED STATES DISTRICT JUDGE

{N3868746.1}