# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARGEAUX ANN LAIBE ) | CIVIL ACTION NO. 2:19-CV-02764 |
| ) | |
| *Plaintiff,* ) | |
| ) | JUDGE FELDMAN |
| v. ) | |
| ) | MAGISTRATE JUDGE VAN MEERVELD |
| SARDONIC SENTIMENTS, INC. & ) | |
| DESIREE ONTIVEROS ) | DIVISION F |
| ) | |
| *Defendant* ) | |

## ORDER

**CONSIDERING THE PARTIES' JOINT MOTION TO DISMISS,** and after the Court approving the Settlement Agreement, and finding the settlement to be fair and reasonable under the Fair Labor Standards Act; it is hereby

**ORDERED,** that the Joint Motion to Dismiss Case filed by Plaintiff, Margeaux Ann Laibe, and Defendants, Sardonic Sentiments, Inc. and Desiree Ontiveros, is **GRANTED** and this action is dismissed with prejudice, each party to bear its own attorneys' fees and costs except as provided in the Confidential Settlement Agreement.

New Orleans, Louisiana, this 23rd day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE

{N3889670.1}